```
LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-5545 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| FRANK LOZOYA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Frank Lozoya, in the principal amount of $87,396.03 plus interest accrued to July 6, 2010, in the sum of $16,567.41; with interest accruing thereafter at $19.74 per day until entry of judgment, for a total amount of **$103,963.44**.

DATED: 8/9/2010        By: TERRY NAFISI
                            Clerk of the Court


                            LINDA RAYFORD
                            Deputy Clerk
                            United States District Court